## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

ROBERT M. KELLER, for himself and on behalf of all others similarly situated

    Plaintiff,

-vs-

EMERGENCY CONSULTANTS, LLC, a Michigan Limited Liability Company (f/k/a Emergency Consultants, Inc.), PRAIRIE EMERGENCY PHYSICIANS, LLP, a Michigan limited liability partnership, and DERIK K. KING, an individual

    Defendants.

Hon. _____
Case No. _____

Removed from:
Grand Traverse County Circuit Court
Case No. 18-34343-CL
Hon. Kevin A. Elsenheimer

---

Andrew J. Blodgett (P68250)
Anders J. Gillis (P77818)
PARKER HARVEY PLC
801 S. Garfield Avenue, Suite 200
Traverse City, Michigan 49686
(248) 929-4878
ablodgett@parkerharvey.com
agillis@parkerharvey.com
Attorneys for Plaintiff

Matthew L. Wikander (P65160)
Charissa Huang (P75501)
SMITH HAUGHEY RICE & ROEGGE, P.C.
100 Monroe Center NW
Grand Rapids, Michigan 49503
(616) 774-8000
mwikander@shrr.com
chuang@shrr.com
Attorneys for Plaintiff

Allan S. Rubin (P44420)
Daniel C. Waslawski (P78037)
JACKSON LEWIS P.C.
2000 Town Center, Suite 1650
Southfield, Michigan 48075
(248) 936-1900
rubina@jacksonlewis.com
daniel.waslawski@jacksonlewis.com
Attorneys for Defendants

---

## NOTICE OF REMOVAL

TO:

Clerk of the Court
13th Circuit Court, State of Michigan
328 Washington Street, Suite 300
Traverse City, MI 49684

Andrew J. Blodgett (P68250)
Anders J. Gillis (P77818)
PARKER HARVEY PLC
801 S. Garfield Avenue, Suite 200
Traverse City, Michigan 49686
Attorneys for Plaintiff

Matthew L. Wikander (P65160)
Charissa Huang (P75501)
SMITH HAUGHEY RICE & ROEGGE, P.C.
100 Monroe Center NW
Grand Rapids, Michigan 49503
Attorneys for Plaintiff

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendant Emergency Consultants, LLC ("ECL"), through its counsel, removes this action from the Thirteenth Judicial Circuit Court, County of Grand Traverse, State of Michigan, where it is now pending, to the United States District Court for the Western District of Michigan.  In support of this Notice of Removal, ECL states as follows:

### SERVICE OF THE COMPLAINT AND SUMMONS

1. On or about April 3, 2018, Plaintiff filed his Complaint against ECL, Civil Action No. 18-34343-CL, in the Grand Traverse County Circuit Court, State of Michigan (Hon. Kevin A. Elsenheimer) alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 206, et seq., ("FLSA"), and breach of contract (*See* Ex. 1, Complaint and Summons).  In connection with the alleged violation of the FLSA, Plaintiff seeks to prosecute a collective action pursuant to 29 U.S.C. § 216(b) for his FLSA claim against Defendants ECL and King (Ex. 1). Plaintiff prosecutes his breach of contract claim individually against Defendants ECL and Prairie Emergency Physicians, LLP.  *Id.*

2

2. On or about April 3, 2018, the Grand Traverse County Circuit Court issued a Summons. (Ex. 1).

3. On April 16, 2018, ECL accepted service of the Complaint through its attorney. (Ex. 2, 04.16.2018 Acknowledgment of Service signed by A. Rubin).

4. The Summons & Complaint, including its exhibits, attached as Exhibit 1 constitute all process, pleadings and orders received by ECL to date in the matter pending in state court. (Ex. 1).

## STATEMENT OF GROUNDS FOR REMOVAL

5. 28 U.S.C. § 1441(a) provides that: "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. This Court has original jurisdiction over Plaintiff's FLSA claim, pursuant to 28 U.S.C. §1331. Accordingly, removal from the state court to this court is proper under 28 U.S.C. § 1441 *et seq.*

7. This Court has supplemental jurisdiction over Plaintiff's breach of contract claim pursuant to 28 U.S.C. §1367, because it is so related to Plaintiff's FLSA claim that it forms part of the same case or controversy. Accordingly, removal from the state court to this court is proper under 28 U.S.C. § 1441 *et seq.*

8. This Notice of Removal is timely under 28 U.S.C. § 1446, as ECL filed this Notice of Removal within 30 days after it received a copy of Plaintiff's Complaint, which is the initial pleading setting forth the claim for relief upon which this proceeding is based.

## VENUE

9. Venue lies in the United States District Court for the Western District of Michigan, pursuant to 28 U.S.C. § 1441 because the state action was filed in this district. (See Ex. 1, Complaint).

10. Paragraph 7 of Plaintiff's Complaint asserts that venue for this matter lies in the 13th Circuit Court for the County of Grand Traverse County due to language set forth in Plaintiff's "Exempt Physician Extender Agreement" with Prairie Emergency Physicians, LLP. (Ex. 1, Complaint, ¶ 7 (citing Ex. A to Complaint)). However, neither ECL nor Defendant Derik K. King are parties to Plaintiff's Exempt Physician Extender Agreement. (*See* Ex. 1, Exempt Physician Extender Agreement, attached as Exhibit A to Plaintiff's Complaint). Thus, any contractual provision regarding the selection of venue is not binding on either ECL or King. Moreover, Prairie Emergency Physicians, LLP is not a Defendant to Plaintiff's FLSA claims (see Compl., Count I).

## REMOVAL

11. The prerequisites for removal under 28 U.S.C. §§ 1441 have been met.

12. Pursuant to 28 U.S.C. § 1446(b)(3), ECL files this Notice of Removal within 30 days after it received the Summons and Complaint.

13. ECL has not filed an answer or other responsive pleading in the state court action.

14. ECL has paid or will pay the filing fees prescribed by this Court's rules.

15. This Notice of Removal is being served upon Plaintiff's counsel by U.S. mail and e-mail, and a copy of the Notice of Removal is being filed with the Clerk of the Grand Traverse County Circuit Court pursuant to 28 U.S.C. § 1446(d).

## NO WAIVER

16. ECL submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has asserted a claim upon which relief can be granted.

## JOINDER IN REMOVAL

17. Defendants Prairie Emergency Physicians, LLP, and Derik K. King join in the removal of this action from the 13th Circuit Court for the State of Michigan to the United States District Court for the Western District of Michigan.

WHEREFORE, ECL respectfully requests that the U.S. District Court for the Western District of Michigan accept jurisdiction of this action, and that this action be placed upon the docket of this Court for further proceedings as if this case had been originally instituted in this Court.

        Respectfully submitted,
        JACKSON LEWIS P.C.

        By: /s/ Daniel C. Waslawski
            Allan S. Rubin (P44420)
            Daniel C. Waslawski (P78037)
            2000 Town Center, Suite 1650
            Southfield, Michigan 48075
            (248) 936-1900
            rubina@jacksonlewis.com
            daniel.waslawski@jacksonlewis.com
            *Attorneys for Defendants*

Dated: April 20, 2018

**PROOF OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was served upon all parties in the above case at their respective addresses disclosed on the pleadings on April 20, 2018 by:

   ☐ Hand Delivery   √ U. S. Mail
   √ E-mail/ECF    ☐ FAX

     ___/s/ Daniel C. Waslawski
     DANIEL C. WASLAWSKI