## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

ROBERT M. KELLER, for himself and on behalf of
all others similarly situated

     Plaintiff,

-vs-

EMERGENCY    CONSULTANTS,    LLC,    a
Michigan  Limited  Liability  Company  (f/k/a
Emergency    Consultants,    Inc.),    PRAIRIE
EMERGENCY  PHYSICIANS, LLP, a Michigan
limited liability partnership, and DERIK K. KING,
an individual

     Defendants.

Hon. Robert J. Jonker
Case No. 18-cv-00448

---

| | |
|---|---|
| Andrew J. Blodgett (P68250)<br>Anders J. Gillis (P77818)<br>PARKER HARVEY PLC<br>801 S. Garfield Avenue, Suite 200<br>Traverse City, Michigan 49686<br>(248) 929-4878<br>ablodgett@parkerharvey.com<br>agillis@parkerharvey.com<br>Attorneys for Plaintiff | Allan S. Rubin (P44420)<br>Daniel C. Waslawski (P78037)<br>JACKSON LEWIS P.C.<br>2000 Town Center, Suite 1650<br>Southfield, Michigan 48075<br>(248) 936-1900<br>rubina@jacksonlewis.com<br>daniel.waslawski@jacksonlewis.com<br>Attorneys for Defendants |

Matthew L. Wikander (P65160)
Charissa Huang (P75501)
SMITH HAUGHEY RICE & ROEGGE, P.C.
100 Monroe Center NW
Grand Rapids, Michigan 49503
(616) 774-8000
mwikander@shrr.com
chuang@shrr.com
Attorneys for Plaintiff

## ORDER APPROVING SETTLEMENT AND DISMISING CASE
## WITH PREJUDICE

This matter having come before the Court on the parties Joint Motion to Approve Settlement, the Court having determined that the settlement proposed by the parties is a fair and reasonable resolution of a bona fide dispute, and the Court being otherwise duly advised in the premise:

**IT IS HEREBY ORDERED** that the Settlement Agreement between the parties is approved; and

**IT IS FURTHER ORDERED** that this matter be and is hereby dismissed **WITH PREJUDICE** and **WITHOUT** costs or attorney fees, except as provided for in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: __March 11__, 2019          __/s/ Robert J. Jonker_____
                                   UNITED STATES DISTRICT COURT JUDGE

4850-8947-1113, v. 2